

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                                    *973-645-2700*
*Newark, New Jersey 07102*


March 27, 2026


Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102


Attention:    Antigone Owens-Krefski, Deputy Clerk


Re:           *United States v. Cheungkin Lam, a/k/a "Kelvin"*
Related to:   *United States v. TD Bank, N.A.*, Crim. No. 24-667 (ES);
              *United States v. TD Bank US Holding Company*,
              Crim. No. 24-668 (ES);
              *United States v. Da Ying Sze, a/k/a "David,"*
              Crim. No. 22-141 (ES);
              *United States v. Jindian Li,* Crim. No. 22-77 (ES);
              *United States v. Quan Li*, Crim. No. 22-748 (ES);
              *United States v. Huiqiu Feng, a/k/a "Hui Qiu Feng,"*
              Crim. No. 23-644 (ES);
              *United States v. Pinchao Huang, a/k/a "Yugo,"*
              Crim. No. 23-836 (ES);
              *United States v. Yunqin Liu,* Crim. No. 23-394 (ES);
              *United States v. Yufeng Gao*, Crim. No. 23-1012 (ES);
              *United States v. Francisco Rodriguez*,
              Crim. No. 24-106 (ES);
              *United States v. Fai Ngai*, Crim. No. 24-474 (ES);
              *United States v. Xiumei Lin*, Crim. No. 24-778 (ES);
              *United States v. James Gomes*, Crim. No. 24-336 (ES);
              *United States v. Monishkumar Kirankumar Doshi Shah,*
              *a/k/a "Monish Doshi Shah,"* Crim. No. 24-578 (ES);
              *United States v. Jhonnatan Rodriguez, a/k/a "Jorge,"*
              Crim. No. 25-420 (ES);
              *United States v. Wilfredo Aquino*, Crim. No. 25-689 (ES);
              *United States v. Oscar Marcelo Nunez-Flores*, Crim. No.
              25-786 (ES);

*United States v. Leonardo Ayala*, Crim. No. 26-004 (ES);
and
*Edward Low, a/k/a "Mang Wah Low," a/k/a "Eddie Low*," Crim. No. 26-092 (ES)

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Cheungkin Lam, a/k/a "Kelvin," with wire fraud affecting a financial institution, contrary to Title 18, United States Code, Section 1343, in violation of Title 18, United States Code, Section 1349, and making false bank entries or reports, in violation of Title 18, United States Code, Section 1005. The charges in the Information arose from the same events that form the basis for the Informations in the other matters referenced above, which were assigned to the Hon. Esther Salas, United States District Judge.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
UNITED STATES ATTORNEY

*/s/ Mark J. Pesce*

By:  Mark J. Pesce
Assistant U.S. Attorney

Approved:

*/s/R. David Walk, Jr.*
R. David Walk, Jr.
Deputy U.S. Attorney

- 2 -